| Fill in this information to identify the case | |
|---|---|
| Debtor name | **G.H. Reid Enterprises, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **22-60001** |

☑ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor     **Current value of debtor's interest**

2. Cash on hand

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase Bank checking account | Checking account | 6 7 5 5 | $0.31 |

4. Other cash equivalents   *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**     $0.31
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and prepayments

6. Does the debtor have any deposits or prepayments?
   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

Debtor    G.H. Reid Enterprises, LLC                              Case number (if known) 22-60001
          Name

                                                                                               **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. Payment on contract breached by
        Luis Salmones                                                                                            $5,929.91

9. **Total of Part 2.**                                                  $5,929.91
   Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

                                                                                               **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:    $65,000.00    −    $65,000.00    =    ............. →    $0.00
                                 face amount            doubtful or uncollectible accounts

    11b. Over 90 days old:    $240,000.00    −    $210,000.00    =    ............. →    $30,000.00
                             face amount            doubtful or uncollectible accounts

12. **Total of Part 3**                                                 $30,000.00
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                                                    **Valuation method**       **Current value of**
                                                                    **used for current value**    **debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                        % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

17. **Total of Part 4**                                                 $0.00
    Add lines 14 through 16. Copy the total to line 83.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

Debtor  **G.H. Reid Enterprises, LLC**
         Name

Case number (if known) **22-60001**

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.                                                                                   **$0.00**

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
    ☒ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

28. **Crops--either planted or harvested**

29. **Farm animals**  *Examples:* Livestock, poultry, farm-raised fish

30. **Farm machinery and equipment**  (Other than titled motor vehicles)

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.                                                                                  **$0.00**

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value _____   Valuation method _____   Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor   **G.H. Reid Enterprises, LLC**                              Case number (if known) __22-60001__
         Name

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

    | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|

39. **Office furniture**

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                                              $0.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

    | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**                                                                                                              $0.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor __G.H. Reid Enterprises, LLC__     Case number (if known) __22-60001__
       Name

## Part 9: Real property

54. Does the debtor own or lease any real property?

    ☐ No. Go to Part 10.
    ☑ Yes. Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

Debtor  **G.H. Reid Enterprises, LLC**                     Case number (if known) __22-60001__
        Name

55.1.  **6300 Dixie Drive**
       **Houston, TX 77087**
       **Lots 1 & 2 Block 1**
       **Fairlawn Place**
       **Value: $272,105**

       **99999 Northdale St.**
       **Houston, TX 77087**
       **Lot 3 Block 1**
       **Fairlawn Place**
       **Value: $47,985**

       **5921 Northdale St.**
       **Houston, TX 77087**
       **Lot 4 Block 1**
       **Fairlawn Place**
       **Value: $149,170**

       **0 Hogue**
       **Houston, TX 77087**
       **Lot 17 Block 1**
       **Fairlawn Place**
       **Value: $40,179**

       **0 Hogue**
       **Houston, TX 77087**
       **Lot 18 Block 1**
       **Fairlawn Place**
       **Value: $40,719**

       **99999 Hogue**
       **Houston, TX 77087**
       **Lot 19, Block 1**
       **Fairlawn Place**
       **Value: $40,719**

       **0 Hogue**
       **Houston, TX 77087**
       **Lot 20, Block 1**
       **Fairlawn Place**
       **Value: $32,868**

       **Parcel: 1.2 Acres**
       **2 metal buildings:  1500 Sq. Ft. &**
       **2500 Sq. Ft.**                             Owner                                              $624,285.00

56.  **Total of Part 9.**                                                                              $624,285.00
     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ☑ No
     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

Debtor __G.H. Reid Enterprises, LLC__  Case number (if known) __22-60001__
       Name

## Part 10: Intangibles and Intellectual Property

59. Does the debtor have any interests in intangibles or intellectual property?

    ☑ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

    | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|
    | 60. Patents, copyrights, trademarks, and trade secrets | | | |
    | 61. Internet domain names and websites | | | |
    | 62. Licenses, franchises, and royalties | | | |
    | 63. Customer lists, mailing lists, or other compilations | | | |
    | 64. Other intangibles, or intellectual property | | | |
    | 65. Goodwill | | | |

66. **Total of Part 10.**  $0.00
    Add lines 60 through 65. Copy the total to line 89.

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ☐ No
    ☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
    ☐ No
    ☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

## Part 11: All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☑ Yes. Fill in the information below.

        Current value of debtor's interest

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| | | |
|---|---|---|
| Debtor | G.H. Reid Enterprises, LLC<br>Name | Case number (if known) __22-60001__ |

| | |
|---|---|
| G.H. Reid Enterprises, LLC vs G&G Towering Investments, Inc.; Majestic Charters, LLC; Evan Gentry; and Harold Gentry #226100001477; Justice Court #6, PL 1, Harris Co., TX | Unknown |
| **Nature of claim**   **Breach of lease contract** | |
| **Amount requested**   **$17,997.50** | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

| | |
|---|---|
| Assignment from Camden Design Group, Inc. of 100% interest in claims against Dialyspa: Camden Design Group, Inc. v Dialyspa Management Services, Inc.; Fernando Flores-New; and Jeffrey Kalina Cause #2020-52925 190th Judicial Distrct Court, Harrris Co. Value: $59,270 **Recovery success: not optimistic** | $59,270.00 |

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.     $59,270.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Debtor | G.H. Reid Enterprises, LLC | Case number (if known) | 22-60001 |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $0.31 | |
| 81. | Deposits and prepayments. *Copy line 9, Part 2.* | $5,929.91 | |
| 82. | Accounts receivable. *Copy line 12, Part 3.* | $30,000.00 | |
| 83. | Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. | Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. | Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. | Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. | Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. | Real property. *Copy line 56, Part 9.* ➔ | | $624,285.00 |
| 89. | Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. | All other assets. *Copy line 78, Part 11.* | + $59,270.00 | |
| 91. | Total. Add lines 80 through 90 for each column. 91a. | $95,200.22 + 91b. | $624,285.00 |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92................................................................. $719,485.22

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | G.H. Reid Enterprises, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | 22-60001 |

☑ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

   Column A — Amount of claim — Do not deduct the value of collateral.
   Column B — Value of collateral that supports this claim

**2.1**

| | | Column A | Column B |
|---|---|---|---|
| Creditor's name | Describe debtor's property that is subject to a lien | $185,000.00 | $624,285.00 |
| Relative Lending, LLC | 1.2 acres, Fairlawn Place, Harris Co., Texas | | |
| Creditor's mailing address | Describe the lien | | |
| 10908 Roaring Brook | 1st Lien | | |
| Houston   TX   77024 | Is the creditor an insider or related party? | | |
| | ☑ No | | |
| | ☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim? | | |
| | ☐ No | | |
| Date debt was incurred | ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| Last 4 digits of account number ___ ___ ___ ___ | As of the petition filing date, the claim is: Check all that apply. | | |
| Do multiple creditors have an interest in the same property? | ☐ Contingent | | |
| ☑ No | ☐ Unliquidated | | |
| ☐ Yes. Specify each creditor, including this creditor, and its relative priority. | ☐ Disputed | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $325,000.00

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1

| Debtor | G.H. Reid Enterprises, LLC | Case number (if known) 22-60001 |
|---|---|---|

**Part 1:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.2**

Creditor's name
**Relative Lending, LLC**

Creditor's mailing address
**10908 Roaring Brook**

**Houston        TX    77024**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

**1) Relative Lending, LLC; 2) Relative Lending, LLC.**

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**1.2 acres, Fairlawn Place, Harris Co, TX**

Describe the lien
**2nd lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$140,000.00            $624,285.00

Official Form 206D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 2

Debtor   G.H. Reid Enterprises, LLC                         Case number (if known) 22-60001

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| John Bolen, Attorney<br>5150 Woodway Drive, Ste 8002<br><br>Houston    TX    77056 | Line  2.1 | ___ ___ ___ ___ |

| Fill in this information to identify the case: | |
|---|---|
| Debtor | G.H. Reid Enterprises, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | 22-60001 |

☑ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                               12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**Harris County Tax Assessor**
**P.O. Box 4622**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$14,000.00**    Priority amount: **$14,000.00**

**Houston        TX    77210**

Basis for the claim:
**Property taxes**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **8**  )

Debtor   **G.H. Reid Enterprises, LLC**   Case number (if known) **22-60001**

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|
| | Albert Ortiz | ☐ Contingent | |
| | 6300 Dixie Drive | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Houston     TX     77087 | Basis for the claim: Expense reimbursement | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number | ☑ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Ana Garcia De Los Salmones | ☐ Contingent | |
| | As Trustee of F.E.F.Y. Trust | ☐ Unliquidated | |
| | c/o Robert D. Clements, Jr., Esq. | ☑ Disputed | |
| | 1600 E. Highway 6, Ste 318 | Basis for the claim: Lawsuit | |
| | Alvin     TX     77511 | | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number | ☑ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $427,616.72 |
|---|---|---|---|
| | Anchor Commercial Builders | ☐ Contingent | |
| | 6300 Dixie Drive | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Houston     TX     77087 | Basis for the claim: Loan | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number | ☑ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|
| | City of Houston | ☐ Contingent | |
| | PO Box 1560 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Houston     TX     77251-1560 | Basis for the claim: Water | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number | ☑ No  ☐ Yes | |

Debtor **G.H. Reid Enterprises, LLC**  Case number (if known) **22-60001**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5** Nonpriority creditor's name and mailing address  $4,500.00

**Gary Block**
**6942 FM 1960E**

**Humble** TX **77273**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal fees**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

**3.6** Nonpriority creditor's name and mailing address  $875.00

**Hobby Area Mangement District**
**PO Box 73109**

**Houston** TX **77273**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Special property taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

**3.7** Nonpriority creditor's name and mailing address  Unknown

**Luis Salmones**
**c/o Robert D. Clements, Jr., Esq.**
**1600 E. Highway 6, Ste 318**

**Alvin** TX **77511**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Lawsuit**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

**3.8** Nonpriority creditor's name and mailing address  $10,000.00

**Mike Donovan**
**6300 Dixie Drive**

**Houston** TX **77087**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal fees**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 3

Debtor   G.H. Reid Enterprises, LLC                           Case number (if known) 22-60001

## Part 3:   List Others to Be Notified About Unsecured Claims

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

    | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
    |---|---|---|
    | 4.1  **Internal Revenue Service**<br>P.O. Box 7346<br><br>Philadelphia    PA    19101-7346 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |

Debtor **G.H. Reid Enterprises, LLC**   Case number (if known) **22-60001**

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $14,000.00 |
| 5b. Total claims from Part 2 | 5b. + | $443,791.72 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $457,791.72 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | G.H. Reid Enterprises, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) 22-60001 | Chapter 11 |

☑ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Month to month, verbal<br>Contract to be ASSUMED | Anchor Commercial Builders<br>6300 Dixie Drive |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston    TX    77087 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Lease regarding real property consisting of 1 building located at 5921 Northdale, Houston, TX 77087, Lots 3, 4, 17, 18, 19, 20 and a portion of Lot 2, in Block 1, Fairlawn Place, Harris Co, TX<br>Contract is in DEFAULT | G&G Towering Investments Inc<br>dba Majestic Transportation &<br>Shuttle Svcs; Majestic Charters<br>3512 McLean Rd<br><br>Pearland    TX    77584 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Attorney Fee Contract re: Cause # 2020-52925, Camden Design Group Inc v Dialyspa Management Services Inc et al ($300 per hr plus expenses) Attorney has not been employed by Debtor post-petition<br>Contract to be ASSUMED | Michael Donovan, Attorney<br>6300 Dixie Drive<br><br>Houston    TX    77087 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    page 1

| Fill in this information to identify the case: | |
|---|---|
| Debtor Name | G.H. Reid Enterprises, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known): | 22-60001 |

☑ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B.................................................................................... $624,285.00

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B................................................................................. $95,200.22

    1c. **Total of all property**
    Copy line 92 from Schedule A/B.................................................................................... $719,485.22

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................... $325,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F.................................... $14,000.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............ + $443,791.72

4. **Total liabilities**
   Lines 2 + 3a + 3b............................................................................................................ $782,791.72

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name | G.H. Reid Enterprises, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | 22-60001 |

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☑ Amended Schedule   **A/B, D, EF, and G**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/14/2022**
MM / DD / YYYY

X **/s/ Albert Ortiz**
Signature of individual signing on behalf of debtor

**Albert Ortiz**
Printed name

**Managing Member**
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors